# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ADAM LAMAR ROBINSON,  ) | |
| ) | |
| Petitioner,  ) | |
| ) | |
| v.  ) | Civil Action No. 2:08cv168-MEF |
| UNITED STATES OF AMERICA, ) | (CR No.: 2:06cr-203-MEF-WC-1) |
| ) | |
| Respondent.  ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the United States of America, Respondent in the above-captioned case, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of Middle District of Alabama's General Order No. 3047:

☐   This party is an individual, or

☒   This party is a governmental entity, and

☒   There are no entities to be reported, or

☐    The following entities and their relationship to the party are hereby reported: None.

Done this 15th day of April, 2008.

>LEURA G. CANARY
>UNITED STATES ATTORNEY
>
>
>/s/  Sandra J. Stewart
>SANDRA J. STEWART
>Assistant United States Attorney
>131 Clayton Street
>Montgomery, AL  36101-0197
>(334) 551-1764
>(334) 223-7135

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **ADAM LAMAR ROBINSON,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 2:08cv168-MEF** |
| **UNITED STATES OF AMERICA,** | ) | **(CR No.: 2:06cr-203-MEF-WC-1)** |
| | ) | |
| Respondent. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008, I electronically filed the foregoing Conflict Disclosure Statement with the Clerk of the Court using the CM/ECF system and mailed, postage prepaid, a copy of this response to the *pro se* Defendant/Movant as follows:

Adam Lamar Robinson
Rg. #12040-002
FCI - Yazoo City Low
P.O. Box 5000
Yazoo City, MS 39194

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Sandra J. Stewart
SANDRA J. STEWART
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36101-0197
(334) 551-1764
(334) 223-7135