In The District Court of The United States
For The Middle District of Alabama.
Northern Division

2008 APR 21 A 9:44

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Adam Lamar Robinson
Petitioner

V.

United States of America,
Respondent.

Civil Action No. 2:08 cv 168 MEF

Motion To Produce Documents

Comes Now The Petitioner, Asking The Courts To order The United States of America (I.E); Venue It speaks / or The Clerks office To produce a copy of The Governments Response To The Petitioners 2255 Motion (Doc No. 4)

Adam Lamar Robinson
13040-002 IBu Low
P.O. Box 5000
Yazoo City, Miss
39194-5000

I declare (or Certify, Verify, or state) under penalty of perjury That the foregoing is true and Correct.

Executed on This 18th day of April 2008

Adam Robinson
12040002 IBU Low
P.O Box 5000
Yazoo City Miss
39194-5000

JACKSON MS 392

18 APR 2008 PM 3 L

"LET US DARE TO
THINK, SPEAK AND
John Adams, 1765
powerofthelette

Office of The Clerk
United States District Court
P.O Box 711
Montgomery, Alabama
36104