IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ADAM LAMAR ROBINSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v | ) | Civil Action No. 2:08cv168-MEF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner has filed a "Motion to Produce Documents" (Doc. No. 9) requesting that this court either order the United States Attorney or direct the Clerk to provide him with a copy of the government's response to his 28 U.S.C. § 2255 motion. The court's records reflect that the government filed its response to Petitioner's § 2255 motion on April 14, 2008. (Doc. No. 4.) According to the certificate of service included with the government's response, a copy of the response was mailed to Petitioner at his current address on that same date. Based on the date Petitioner signed the instant "Motion to Produce Documents," that motion was apparently given to prison officials for mailing on April 17, 2008. Accordingly, and under the circumstances, it is

**ORDERED** that the "Motion to Produce Documents" (Doc. No. 4) is DENIED at this time.

Petitioner is advised that should he not receive the government's response to his § 2255 motion on or before April 23, 2008, he should bring the matter to the court's attention

so that appropriate action may be taken to furnish him with the response.

It is further

**ORDERED** that Petitioner is granted an extension from May 6, 2008, to and including May 14, 2008, to file a reply to the government's response to his § 2255 motion in compliance with this court's orders.

Done this 21st day of April, 2008.

                                  /s/Wallace Capel, Jr.
                              WALLACE CAPEL, JR.
                              UNITED STATES MAGISTRATE JUDGE