April 23rd 2008

The Honorable Judge Wallace Capel Jr.
United States Magistrate Judge
United States District Court
1 Church St.
Montgomery, Ala 36104.

RE: Civil Action No. 2:08 CV 168 MEF.

RECEIVED
2008 APR 28   A 10:04
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

The Honorable Judge Capel.

As of The Above Date April 23rd 2008 The Petitioner Adam Lamar Robinson has not received A Copy of The Governments Response to The Petitioners 2255 motion. The Petitioner would like For The Court to know he does not have Access to E-mails, Faxs, or Computers, Nor does The Petitioner have The Funds of The Government To make Copys of Documents or The Postage to mail Copys To The Government, or Anyone Else.
The Petitioner Is Asking this Court to order the Clerks office To provide copys to All Parties Involved.
The Petitioner Also wants to Inform the Court he is doing This 2255 motion Pro Se without Any Assistance From Legal Counsel, And The Petitioner Is basicly like A blind person feeling around In The Dark with This 2255 motion.

Adam Robinson
Adam Lamar Robinson
13010002 18U Low.
P.O. Box 5000
Yazoo City Miss 39194-5000

I declared (or certify, verify or state) under penalty of Perjury That the Forgoing Is True And Correct.
Executed This Date 23rd day of April 2008

Adam Robinson
130140 003 1BU K40
P.O. Box 2000
Vicksburg City, MS
39194-2000



The Honorable Judge Wallace Capel Jr.
United States Magistrate Judge
United States District Court
P.O. Box 711
Montgomery Alabama
36101-0711 8007