IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADAM LAMAR ROBINSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) Civil Action No. 2:08cv168-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

Upon consideration of the document filed by Petitioner on April 23, 2008 (Doc. No. 12), in which Petitioner responds to this court's order of April 21, 2008, and indicates, *inter alia*, that he has not received the government's response to his 28 U.S.C. § 2255 motion, the CLERK OF COURT is, in the interest of judicial economy, DIRECTED to furnish Petitioner with a copy of the government's response (Doc. No. 4) and all exhibits attached thereto.

It is further

ORDERED that Petitioner is granted an extension from May 14, 2008, to and including May 19, 2008, to file a reply to the government's response to his § 2255 motion in compliance with this court's orders.

Done this 28th day of April, 2008.

                                                      /s/Wallace Capel, Jr.
                                                      WALLACE CAPEL, JR.
                                                      UNITED STATES MAGISTRATE JUDGE