In The United States District Court
For The Middle District of Alabama
Northern Division.

Adam Lamar Robinson,
  Petitioner.

V.                                  Civil Action No. 2:08 CV 168 MEF

United States of America,
  Respondent.

RECEIVED
2008 MAY 12 A 10: 15
DRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion For Entry of Default

Comes Now, Movant, Adam Lamar Robinson, respectfully moving this Court And/or Clerk to Enter A default judgement against The Prosecution (Sandra J. Stewart.) representing the United States of America in This Matter. For Failure to Defend In a timely manner as proscribed In Fed. R. of Civil Proc. rule 55(A). This request for default is based on the facts that:

1. Movant filed A motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 USC. 2255 on or About March 6th 2008

2. On March 12th 2008 An order from the Court was Entered For The Prosecution To respond within 30 days.

3. On April 14th 2008 The Government submitted there Response to The movants 2255 motion. 3 days past The 30 days set by The Court which would have been April 11th 2008.

As the Government did not responed within the 30 days directed by The Court. The movant Adam Lamar Robinson, Is Entitled to have A default Judgement Entered on his behalf.
Whereas, the movant respectfully asks That the Court Not only grant the Default Judgment For Failure to responed, but to Also Afford movant relief from his Conviction.

Date 5-9-2008

Respectfully submitted
Adam L Robinson
Adam Lamar Robinson
12040002 1BU Law
P.O. Box 5000
Yazoo City, MS
39194-5000