In The United States District Court
For The Middle District Of Alabama.
Northern Division.

Adam Lamar Robinson,
      Petitioner,

                                    Civil Action No: 2:08 cv 108 MEF.

v

United States of America.
      Respondent.


            Petitioners Response to The Government.

Comes Now the Petitioner to respond to The Governments Response too the Petitioners 2255 motion.

The Government says the Petitioner should have brought his Issue's up on direct Appeal. The Petitioner was not Advised by Counsel At Sentencing or Their After, That he could Appeal on The search Warrant Issue or The Issue Of The possession Of The Firearms or Silencer's. Petitioner Is not A Lawyer Nor does he know the laws as a Lawyer would.

Under The Strickland test, The Petitioner must prove. That his Counsel's Performance was deficent. Petitioners Counsel At The supression hearing was deficent because Counsel knew his own Strategy would not work.

**SCANNED**

1

Counsel's own Letter to The Petitioner shows his Strategy was deficient And lacking And Creditability. (See Attachment 1)

No one but The Counsel For The Petitioner can say Why he Took The Action he Took In the Petitioners suppression hearing.
But at The End of The DAY It came down To The Facts, And Fact IS The Counsel was hired by the Petitioner, "No the other way Around" The Petitioner made his Intentions clear to The Counsel on how he wanted The Counsel to handle his suppression hearing. The Counsel took It upon himself to go Another Direction which prejudiced The Defense For The Petitioner.

The Government states the Petitioners claims have No meritt or without grounds or should have been filed on direct Appeal. Petitioner IS not A Lawyer. The Petitioner relies on The US Constitution And Amendments And The Courts to Decide The law.

The Fourth Amendment requires the Warrant to Particularly describe the Place to be Search And the Person or Things to be seized.

2

The Supreme Court Case Groh v Ramirez 540 us 551, 124 5. Ct. 1284, 1289, 157 L.Ed. 2d 1068 1078 (2004) "Warrant was Plainly Invalid" according to particularity requirement where warrant Failed to describe any Items that Officers Intended to seize.

Groh v Ramirez 540 us 551, 124 5 ct 1284, 157 L.Ed 2d 1068 (2004) Affidavit Contained List of Items which Warrant Omitted, where Affidavit was Not Attached to warrant which officer handed to property owner.

Us v shugart, 117 F 3d 838 845 5th cir (1997) Affidavit did Not Cure Boilerplate Warrant drafted For drug possession, Although, Affidavit described drug Manufacturing, where Affidavit was Neither Attached to Nor Incorporated by reference In Warrant.

US V. Dahlman 13 F 3d 1391 1395 (10th Cir 1993) Affidavit did Not Cure Warrant where It was Neither Attached to Nor Incorporated by reference In warrant.

3

Groh v Ramirez 157 Led 2d 1068 1077-78 (2004)
The Supreme Court Confirmed that This warrant
was plainly Invalid For Its Failure to Identify
with particularity the Items to be seized.
The Court held that the Application did Not
save the warrant. The Warrant did Not
Incorporate the Affidavit, nor did the
Latter Accompany the warrant. Of Equal
Importance was the Court's Conclusion
that the warrant was Not "reasonable"
Under The Circumstances.

In the Petitioners case the search warrant
was not only unreasonable, but Invalid
For Its Failure to List A Name, Address
or Any of The Items the Government where
Seeking. Nor did The Affidavit or Attachments
Accompany The warrant.

The 4th Amendment And The Supreme
Court Leave No room For Error
Concerning The Issues Of A Search
Warrant And The Information It must
Contain on The Face Of The Warrant.

4

Coolidge V New Hampshire, 403 US 443,467, 91 S ct. 2022, 29 L Ed 2d 564 (1971). (Particularity requirment prevents "general Exploratory rummaging" In A persons belongings.

In The Petitioners case Thats what The ATF where doing Rummaging Through his belongs.

(See Attachment (2)
Description Of Evidence to be search For And seized.

One Weihrauch Silencer, No seril Number. Any Firearms And/or Ammunition AS defined In Title 18 Chapter 44 Section 921. The Petitioner not haveing The benefit of A law degree or haveing law books At his home, how Could he or Anybody Eles know what Title 18 Chapter 44 Section 921 means. It Could mean Anything from A BB gun to A Tank For All The Petitioner knows So The ATF where Rummaging Through The Petitioners home Untill They did or didnt find Anything That might match Title 18 Chapter 44 Section 921

5

In Petitioner Claim (3) of The 2255 motion.
The Government Claims the Petitioner
Aided And Abetted The Possession of A
Firearm Silencer," who has The Petitioner
Aid And Abett, The Petitioner No longer
has Any Co-defendants.
The Government drop Charges Against The
Co-defendant, There for there is No
Aiding And Abetting Charge.
At The Petitioners Sentencing, The
Petitioner Plead Guilty to (1) Count of
Felon In Possession of A Firearm
(1) Count of Possession of A Unregistration
of A Firearm.
(See Government Exhibit (M))

6

The Government has failed to Respond to The Actual Innocence Claim by The Petitioner In his 2255 motion, On Page (3) of the Affidavit by the Petitioner. The Petitioners wife karen Robinson, states That All of The Firearms belong to her, And Not to The Petitioner.

When The ATF Ran The Firearms Trace Summary Reports On The Firearms. None of the Firearms where Registered to The Petitioner but where Registered to (Karen Robinson), And others.

The ATF Took It upon Themselfs To show The Petitioner As The Possessor. And Not karen Robinson As They should have. After Mrs Robinson stated the Firearms belong to her.

See Attachments 1 throug 9, Firearm Trace summary reports by ATF.

In The Case of United Staley V Jerry Wayne Mergerson. 4 F 3d 337 (5th cir 1993) The Government Argues That the fact Mergerson was living In the bedroom In Which the Weapon was found Is Enough to Establish Constructive possession. "The Courts Disagree"

Instead we believe that mere Control or Dominion over the Place In Which Contreband or An Illegal Item Is

7

Found, by Itself Is Not Enough to
Establish Constructive Possession, when
there Is "Joint Occupancy" of A Place.
Numerous other Courts have Addressed
This Precise Question And held that where
"A Residence Is Jointly Occupied" The
mere Fact that Contraband Is discovered
At the residence will not without more
Provided Evidence Sufficient to Support
A Conviction based upon Constructive
Possession Against Any of The Occupants.

See United States v McKnight, 953 F 2d 898
908, ( 5th Cir 1992).
(Weapon was Found In Plain View.)

In The Petitioners Case The Firearms
where Locked In A Metal Gun Safe.
All but one Firearm The Petitioners wife
Karen Robinson Carried To work with
her At The Sheriffs Department.

(Smith) 930 F 2d at 1086 (same) In the
Instant Case The Weapon was Not In
Plain View (it) And There Were No
other Circumstantial Indicia That
Established that Mergerson Even Knew
Of The Weapon, Indeed There was Evidence
To The Contrary. Namely The Pawnshop.

8

receipt that showed that Sheila Guy
was the owner of the weapon.

In the Petitioner Case, At the time of
the search of the Petitioners Home,
Petitioners (wife) Karen Robinson States
to the ATF (Agents) (All of the Guns belong
to her.)
Had Counsel For The Petitioner showed
that the Defendant Adam Robinson Neither
owned or Possessed Any Firearms, by
Providing the Statement by Karen Robinson
And showing the ATFs Firearm summary
sheets, which will show that the Firearms
belong to Karen Robinson, And Others.
Not The Defendant Adam Robinson.
Had This Evidence, Along with The Defective
search warrant been Brought out At
the Suppression hearing. The Petitioner
Is sure the Courts would have ruled
For the Petitioner Adam Robinson.

9

For All the Above reasons, The Petitioner Adam Lamar Robinson, has demonstrated That he IS Entitled to relief From This Court, And his 2255 motion should be Granted.

Respectfully submitted This __6th__ day of May, 2008

Adam Lamar Robinson
13040-002 1BU Law
P.O BOX 5000
Yazoo City, MS.
39194-5000

I declare ( or Certify, Verify or State)
Under Penalty of Perjury that the Forgoing
Is true And Correct.

Executed on this _____ day of May 2008

Adam Lamar Robinson
12010 002 1BU hou.
P.O Box 5000
Yazoo City MS.
39194-5000.

## THOMAS M. GOGGANS
ATTORNEY AT LAW

2030 EAST SECOND STREET
MONTGOMERY, ALABAMA 36106

TELEPHONE  334.834.2511
FACSIMILE  334.834.2512

October 30, 2006

Mr. Adam Robinson
City Jail
P O Box 159
Montgomery AL 36101

RE:     United States of America v. Adam Robinson
        United States District Court
        Middle District of Alabama
        Case No. 2:06CR0223-MEF

Dear Mr. Robinson:

I have not yet completed the motion to suppress in your case. Courts have routinely held that customs agents do not have to have a search warrant or probable cause to search packages coming into the United States from outside the country. There may be some room for argument that based on statutory language, a change in the status of the law is warranted. Unfortunately, on another front, the Supreme Court of the United States has just recently held that anticipatory search warrants, such as the one in your case, do not themselves have to set forth conditions precedent to their execution. This recent holding of the Supreme Court of the United States has diminished the strength of if not taken away one of the arguments to suppress the evidence in your case. I will keep working on this and will keep you posted.

Sincerely,

Thomas M. Goggans

TMG/mhp

DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
NATIONAL TRACING CENTER
Phone: (800) 788-7133    Fax: (800) 578-7223
Print Date: June 27, 2006

## FIREARMS TRACE SUMMARY

Trace Number: T20060140629        Request Date: June 16, 2006

TIMOTHY FITZPATRICK
MONTGOMERY FIELD OFFICE
2 N JACKSON ST STE 404
MONTGOMERY, AL 36104

Badge No:
Investigation No: 776045-06-0142

### FIREARM INFORMATION
Manufacturer: NORINCO (NORTH CHINA INDUSTRIES)
Model: MAK90
Caliber: 762
Serial Number: 53079
Type: RIFLE
Country: CHINA
Importer: LABANU INC.
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

### RECOVERY INFORMATION
Recovery Date: 06/15/2006
Time to Crime: 4877 days

### PURCHASER INFORMATION
Purchase Date: 02/06/1993
KAREN L ROBINSON
HOPSON CIRCLE ROUTE 5731
MILLBROOK, AL 36054
UNITED STATES
DOB: 09/21/1966
POB: DECATUR, AL  UNITED STATES
Race: WHITE        Height: 5 ft. 7.5 in.
Sex: Female        Weight: 145 lbs.
ID 1: AL DRIVER'S LICENSE    :5226344
ID 2:                    :

1708 FORMOSA CT
DEATSVILLE, AL 36022
UNITED STATES
Possessor: ADAM LAMAR ROBINSON
DOB: 08/08/1962
POB: AL  UNITED STATES

### DEALER INFORMATION
FFL: 16397764
Out of Business

KAY & ARTS
228 MERRITT HAY RD
LAPINE, AL 36046
Phone: N/A

Ship Date: 01/29/1993

### ADMINISTRATIVE INFORMATION
776045-06-0142
000001
TCFITZPATR
726187

## SUMMARY OF RESULTS
THIS FIREARM WAS TRACED TO AN INDIVIDUAL PURCHASER.
Additional Remarks:

The information in this report must be validated prior to use in any criminal proceedings.

# BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER
Phone: (800) 788-7133    Fax: (800) 578-7223
Print Date: June 27, 2006



## FIREARMS TRACE SUMMARY

Trace Number: T20060140624                Request Date: June 16, 2006

TIMOTHY FITZPATRICK
MONTGOMERY FIELD OFFICE
2 N JACKSON ST STE 404
MONTGOMERY, AL 36104

Badge No:
Investigation No: 776045-06-0142

### FIREARM INFORMATION
Manufacturer: MARLIN FIREARMS CO.
Model: 60
Caliber: 22
Serial Number: 04249700
Type: RIFLE
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

### RECOVERY INFORMATION
Recovery Date: 06/15/2006
Time to Crime: 3378 days

### PURCHASER INFORMATION
Purchase Date: 03/16/1997
KAREN LYNN ROBINSON
202 WILLOW OAK CT
PRATTVILLE, AL 36067
UNITED STATES
DOB: 09/21/1966
POB: DECATUR, AL   UNITED STATES
Race: WHITE                Height: 5 ft. 8 in.
Sex: Female                Weight: 150 lbs.
ID 1: AL DRIVER'S LICENSE          :5226344
ID 2:                   :

1708 FORMOSA CT
DEATSVILLE, AL 36022
UNITED STATES
Possessor: ADAM LAMAR ROBINSON
DOB: 08/08/1962
POB: AL   UNITED STATES

### DEALER INFORMATION
FFL: 16300698

WAL-MART SUPERCENTER #483
1903 COBBS FORD RD
PRATTVILLE, AL 36066
Phone: (334) 361-2135          Ship Date: 02/18/1997

### ADMINISTRATIVE INFORMATION
776045-06-0142
000008
TCFITZPATR
726244

## SUMMARY OF RESULTS
THIS FIREARM WAS TRACED TO AN INDIVIDUAL PURCHASER.
Additional Remarks:

The information in this report must be validated prior to use in any criminal proceedings.

FOR OFFICIAL USE ONLY

# BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER

Phone: (800) 788-7133    Fax: (800) 578-7223

Print Date: July 14, 2006

## FIREARMS TRACE SUMMARY

Trace Number: T20060140628                Request Date: June 16, 2006

TIMOTHY FITZPATRICK
MONTGOMERY FIELD OFFICE
2 N JACKSON ST STE 404
MONTGOMERY, AL 36104

Badge No:
Investigation No: 776045-06-0142

### FIREARM INFORMATION

Manufacturer: MOSSBERG
Model:
Caliber: 12
Serial Number: L071845
Type: SHOTGUN
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

### RECOVERY INFORMATION

Recovery Date: 06/15/2006
Time to Crime: 4961 days

### PURCHASER INFORMATION

Purchase Date: 11/14/1992

KAREN L ROBINSON
5731 HOPSON CI
MILLBROOK, AL 36054
UNITED STATES
DOB: 09/21/1966
POB: DECATUR, AL  UNITED STATES
Race: WHITE              Height: 5 ft. 7 in.
Sex: Female              Weight: 145 lbs.
ID 1: AL DRIVER'S LICENSE      3226344
ID 2:                    :

1708 FORMOSA CT
DEATSVILLE, AL 36022
UNITED STATES
Possessor: ADAM LAMAR ROBINSON
DOB: 08/08/1962
POB: AL  UNITED STATES

### DEALER INFORMATION

FFL: 16300698

WAL-MART SUPERCENTER #483
1903 COBBS FORD RD
PRATTVILLE, AL 36066
Phone: (334) 361-2135

Ship Date: 10/05/1992

### ADMINISTRATIVE INFORMATION

776045-06-0142
000002
TCFITZPATR
726194

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO AN INDIVIDUAL PURCHASER.

Additional Remarks:

The information in this report must be validated prior to use in any criminal proceedings.

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone: (800) 788-7133    Fax: (800) 578-7223
Print Date: June 22, 2006

## FIREARMS TRACE SUMMARY

Trace Number: T20060138056          Request Date: June 16, 2006

TIMOTHY FITZPATRICK
MONTGOMERY FIELD OFFICE
2 N JACKSON ST STE 404
MONTGOMERY, AL  36104

Badge No:
Investigation No: 776045-06-0142

### FIREARM INFORMATION
Manufacturer: SMITH & WESSON
Model: 442
Caliber: 38
Serial Number: BUA1311
Type: REVOLVER
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

### RECOVERY INFORMATION
Recovery Date: 06/15/2006
Time to Crime: 1963 days

### PURCHASER INFORMATION
Purchase Date: 01/29/2001
TINA MARIE PARKER
2043 POTOMAC AV
MONTGOMERY, AL  36108
UNITED STATES
DOB: 01/26/1980
POB: MONTGOMERY, AL  UNITED STATES
Race: BLACK                Height: 5 ft. 7 in.
Sex: Female               Weight: 150 lbs.
ID 1:   SOCIAL SECURITY        :417081291
ID 2: AL DRIVER'S LICENSE       :6607639

1708 FORMOSA CT
DEATSVILLE, AL 36022
UNITED STATES
Possessor:  ADAM LAMAR ROBINSON
DOB: 08/08/1962
POB: AL  UNITED STATES

### DEALER INFORMATION
FFL:16366823
Out of Business

MONTGOMERY GUN & PAWN INC
1865 MT MEIGS RD
MONTGOMERY, AL  36107-0000
Phone: N/A                Ship Date:

### ADMINISTRATIVE INFORMATION
776045-06-0142
000009
TCFITZPATR
726252

## SUMMARY OF RESULTS

THE FINAL DISPOSITION OF THE DESCRIBED FIREARM MAY NOT REPRESENT THE FULL TRACE HISTORY. THE TRACE RESULTS WERE DERIVED FROM THE RECORDS OF AN INACTIVE FORMER FEDERAL FIREARMS LICENSEE WHO IS OUT OF BUSINESS AND HAS FORWARDED THEIR RECORDS TO THE ATF NATIONAL TRACING CENTER. THE DISPOSITION OF THIS FIREARM WAS DERIVED FROM THOSE RECORDS. FOR MORE INFORMATION, PLEASE CONTACT THE ATF NATIONAL TRACING CENTER (TOLL FREE 800-788-7133).
Additional Remarks:

The information in this report must be validated prior to use in any criminal proceedings.

# BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER
Phone: (800) 788-7133    Fax: (800) 578-7223
Print Date: July 05, 2006

## FIREARMS TRACE SUMMARY

Trace Number:  T20060138057        Request Date:  June 16, 2006

TIMOTHY FITZPATRICK
MONTGOMERY FIELD OFFICE
2 N JACKSON ST STE 404
MONTGOMERY, AL 36104

Badge No:
Investigation No:  776045-06-0142

### FIREARM INFORMATION
Manufacturer:  LORCIN ENGINEERING
Model:  L380
Caliber:  380
Serial Number:  033079
Type:  PISTOL
Country:  UNITED STATES
Importer:
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

### PURCHASER INFORMATION
Purchase Date:  09/23/1992
RODNEY EARL LOCKHART
3350 BRIDGEWATER DR
COLORADO SPRINGS, CO 80916
UNITED STATES
DOB:  06/02/1964
POB:  MONTGOMERY, AL  UNITED STATES
Race:  BLACK                   Height:  5 ft. 8 in.
Sex:  Male                        Weight:  185 lbs.
ID 1: CO DRIVER'S LICENSE           J535810
ID 2:                                     :

### RECOVERY INFORMATION
Recovery Date: 06/15/2006
Time to Crime: 5013 days
1708 FORMOSA CT
DEATSVILLE, AL  36022
UNITED STATES
Possessor:  ADAM LAMAR ROBINSON
DOB:  08/08/1962
POB:  AL  UNITED STATES

### DEALER INFORMATION
FFL: 58476373

ACE LOANS JET WING
3060 S ACADEMY BLVD
COLORADO SPRINGS, CO  80916-0000
Phone:  (719) 390-6072            Ship Date: 09/15/1992

### ADMINISTRATIVE INFORMATION
776045-06-0142
000003
TCFITZPATR
726204

## SUMMARY OF RESULTS
THIS FIREARM WAS TRACED TO AN INDIVIDUAL PURCHASER.
Additional Remarks:

The information in this report must be validated prior to use in any criminal proceedings.

DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
NATIONAL TRACING CENTER
Phone: (800) 788-7133    Fax: (800) 578-7223
Print Date: June 26, 2006

## REOPEN REQUEST

Trace Number:  T20060140627          Closeout Date:  June 23, 2006

### SUBMISSION INFORMATION

Mail or Fax completed form to:
National Tracing Center
882 T J Jackson Drive
Falling Waters, WV  25419
Fax: (800) 578-7223

### REQUESTOR INFORMATION

TIMOTHY FITZPATRICK
MONTGOMERY FIELD OFFICE
2 N JACKSON ST STE 404
MONTGOMERY, AL  36104
Badge No:
Investigation No:  776045-06-0142

### FIREARM INFORMATION

Manufacturer:  MARLIN FIREARMS CO.
Model:
Caliber:  22
Serial Number:  72430804
Type:  RIFLE
Country:  UNITED STATES
Importer:
Obliterated:
Identifying Marks:  MODEL 110M

**Closeout Description:**
THE TRACE OF THE DESCRIBED FIREARM COULD NOT BE COMPLETED. THE TRACE PROCESS INDICATES THAT THIS
FIREARM WAS TRANSFERRED TO AN ENTITY FOR WHICH THERE IS NO FEDERAL FIREARMS LICENSEE OF RECORD.
FOR MORE INFORMATION, PLEASE CONTACT THE ATF NATIONAL TRACING CENTER (TOLL FREE 800-788-7133).

**Additional Remarks:**

### ADDITIONAL/CORRECTED INFORMATION/COMMENTS

Please provide any additional/corrected information needed to process this trace request in the space below.

Trace:  T20060140627

# BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER
Phone: (800) 788-7133     Fax: (800) 578-7223
Print Date: June 30, 2006

## FIREARMS TRACE SUMMARY

Trace Number: T20060140625          Request Date: June 16, 2006

TIMOTHY FITZPATRICK
MONTGOMERY FIELD OFFICE
2 N JACKSON ST STE 404
MONTGOMERY, AL 36104

Badge No:
Investigation No: 776045-06-0142

### FIREARM INFORMATION
Manufacturer: MOSSBERG
Model: 500
Caliber: 12
Serial Number: J190660
Type: SHOTGUN
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

### RECOVERY INFORMATION
Recovery Date: 06/15/2006
Time to Crime: 7892 days

1708 FORMOSA CT
DEATSVILLE, AL 36022
UNITED STATES
Possessor: ADAM LAMAR ROBINSON
DOB: 08/08/1962
POB: AL  UNITED STATES

### PURCHASER INFORMATION
Purchase Date: 11/05/1984

LARRY P MICKEL
BOX 358  ROUTE 1
DUNCANSVILLE, PA  16635
UNITED STATES
DOB: 02/05/1937
POB: ALTOONA, PA  UNITED STATES
Race: WHITE          Height: 5 ft. 9 in.
Sex: Male             Weight: 130 lbs.
ID 1:      KNOWN TO DEALER
ID 2:                          :

### DEALER INFORMATION
FFL: 82503226

PIONEER GUN SALES
615 N 2ND ST
ALTOONA, PA  16601-5805
Phone:  (814) 942-7221              Ship Date: 10/25/1984

### ADMINISTRATIVE INFORMATION
776045-06-0142
000007
TCFITZPATR
726233

## SUMMARY OF RESULTS
THIS FIREARM WAS TRACED TO AN INDIVIDUAL PURCHASER.
Additional Remarks:

The information in this report must be validated prior to use in any criminal proceedings.

SENSITIVE
DO NOT CIRCULATE

DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
NATIONAL TRACING CENTER
Phone: (800) 788-7133    Fax: (800) 578-7223
Print Date: June 28, 2006

## FIREARMS TRACE SUMMARY

Trace Number: T20060140626          Request Date:  June 16, 2006

TIMOTHY FITZPATRICK
MONTGOMERY FIELD OFFICE
2 N JACKSON ST STE 404
MONTGOMERY, AL  36104

Badge No:
Investigation No:  776045-06-0142

### FIREARM INFORMATION

Manufacturer:  ITHACA GUN CO.
Model:
Caliber:  12
Serial Number:  191691
Type:  SHOTGUN
Country:  UNITED STATES
Importer:
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

### RECOVERY INFORMATION

Recovery Date: 06/15/2006
Time to Crime:

### PURCHASER INFORMATION

Purchase Date:

1708 FORMOSA CT
DEATSVILLE, AL  36022
UNITED STATES
Possessor:  ADAM LAMAR ROBINSON
DOB:  08/08/1962
POB:  AL   UNITED STATES

DOB:
POB:
Race:                          Height:
Sex:                           Weight:
ID 1:
ID 2:                          :

### DEALER INFORMATION

FFL: 61614385

ITHACAGUN
123 LAKE ST
ITHACA, NY  14850-0000
Phone:  (607) 273-0200

Ship Date:

### ADMINISTRATIVE INFORMATION

776045-06-0142
000006
TCFITZPATR
726228

## SUMMARY OF RESULTS

THE FINAL DISPOSITION OF THE DESCRIBED FIREARM COULD NOT BE DETERMINED. THE MANUFACTURER OF THIS
FIREARM IS OUT OF BUSINESS AND THEIR RECORDS WERE FORWARDED TO THE ATF NATIONAL TRACING CENTER.
THE RECORDS ARE ILLEGIBLE AND INCOMPLETE, AND NO RECORD OF THIS FIREARM WAS FOUND. FOR MORE
INFORMATION, PLEASE CONTACT THE ATF NATIONAL TRACING CENTER (TOLL FREE 800-788-7133).
Additional Remarks:

The information in this report must be validated prior to use in any criminal proceedings.

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone: (800) 788-7133    Fax: (800) 578-7223
Print Date: June 26, 2006

## FIREARMS TRACE SUMMARY

Trace Number: T20060140627          Request Date:  June 16, 2006

TIMOTHY FITZPATRICK
MONTGOMERY FIELD OFFICE
2 N JACKSON ST STE 404
MONTGOMERY, AL  36104

Badge No:
Investigation No:  776045-06-0142 ·

### FIREARM INFORMATION

Manufacturer:  MARLIN FIREARMS CO.
Model:
Caliber:  22
Serial Number:  72430804
Type:  RIFLE
Country:  UNITED STATES
Importer:
Obliterated:
Identifying Marks:  MODEL 110M
NIBIN:
Gang Name:

### RECOVERY INFORMATION
Recovery Date: 06/15/2006
Time to Crime:

1708 FORMOSA CT
DEATSVILLE, AL  36022
UNITED STATES
Possessor:  ADAM LAMAR ROBINSON
DOB: 08/08/1962
POB: AL  UNITED STATES

### PURCHASER INFORMATION
Purchase Date:

DOB:
POB:
Race:                              Height:
Sex:                               Weight:
ID 1:
ID 2:                                      :

### DEALER INFORMATION
FFL: Z0049857

LESLIE EDELMAN INC

FAIRFIELD, NJ  UNITED STATES
Phone:

Ship Date: 04/19/1972

### ADMINISTRATIVE INFORMATION
776045-06-0142
000005
TCFITZPATR
726220

## SUMMARY OF RESULTS

THE TRACE OF THE DESCRIBED FIREARM COULD NOT BE COMPLETED. THE TRACE PROCESS INDICATES THAT THIS
FIREARM WAS TRANSFERRED TO AN ENTITY FOR WHICH THERE IS NO FEDERAL FIREARMS LICENSEE OF RECORD.
FOR MORE INFORMATION, PLEASE CONTACT THE ATF NATIONAL TRACING CENTER (TOLL FREE 800-788-7133).
Additional Remarks:

Please use the attached Reopen Request when submitting additional and/or corrected information regarding this trace.
The information in this report must be validated prior to use in any criminal proceedings.

*ATTACHMENT B*

DESCRIPTION OF EVIDENCE TO BE SEARCHED FOR AND SEIZED

*FIREARMS*

One Weihrauch Silencer, no serial number

Any firearms and/or ammunition as defined in Title 18, Chapter 44, Section 921.

*DOCUMENTS*

All documents and/or data relating to the possession, transfer or purchase of firearms, to include computer equipment and or phone records.

*INDICIA OF CONTROL OF THE PREMESES*

Records that establish the persons who have control, possession, custody or dominion over the property and vehicles searched and from which evidence is seized, such as: personal mail, checkbooks, personal identification, notes, other correspondence, utility bills, rent receipts, payment receipts, financial documents, keys, photographs (developed or undeveloped), leases, mortgage bills, and vehicle registration information or ownership warranties, receipts for vehicle parts and repairs and telephone answering machine introductions and fingerprints.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
            Sheet 1

# UNITED STATES DISTRICT COURT

**MIDDLE**      District of      **ALABAMA**

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | |
| **ADAM LAMAR ROBINSON** | Case Number:     **2:06CR223-MEF-01** |
| | USM Number:     **12040-002** |
| | **Everett M. Urech** |
| | Defendant's Attorney |

**THE DEFENDANT:**

X pleaded guilty to count(s)    **1 and 2 of the Indictment on 7/25/2007**

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| **18:922(g)(1)** | **Felon in Possession of a Firearm** | **6/15/2006** | **1** |
| **26:5841,5861(d) and 5871** | **Registration of Firearms** | **6/15/2006** | **2** |

    The defendant is sentenced as provided in pages 2 through    **7**    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)        ☐ is    ☐ are   dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**October 30, 2007**
Date of Imposition of Judgment

_[signature]_
Signature of Judge

**MARK E. FULLER, CHIEF U.S. DISTRICT JUDGE**
Name and Title of Judge

_1 November 2007_
Date

AO986-C
GOVERNMENT
EXHIBIT

CASE
NO.

EXHIBIT
NO. _M_