IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADAM LAMAR ROBINSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) Civil Action No. 2:08cv168-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

On May 12, 2008, the Court erroneously accepted and filed a "motion for entry of default" judgment filed by Petitioner (Doc. No. 14). This motion is not properly before this court, as it was submitted without permission of the court. *See Order of March 12, 2008* (Doc. No. 2) at 4 ("... **no motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the motion to vacate may be filed by any party without permission of the court.**"). The aforementioned order further directed that "[i]f any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court [without the requisite permission having been granted], the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court." *Id*. Accordingly, it is

ORDERED that the "motion for entry of default" judgment submitted to this court by

Petitioner be stricken from the docket in this case for non-compliance with the order entered herein on March 12, 2008.

    Done this 13th day of May, 2008.

                               /s/Wallace Capel, Jr.
                              WALLACE CAPEL, JR.
                              UNITED STATES MAGISTRATE JUDGE