In The United States District Court
For The Middle District Of Alabama
Northern Division.

Adam Lamar Robinson
Petitioner

V.

United States Of America
Respondent.

RECEIVED
2008 MAY 19  A 9:31
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Civil Action No: 2:08 CV168 MEF

## Motion For Permission to File Motion For Entry Of Default.

Comes Now, The Petitioner And Ask This Court For Permission to file A Motion For Entry of Default. For The Following reasons

(1) Petitioner Filed A motion to vacate, set Aside or Correct sentence, Pursuant to 28 USC 2255 on or About March 6th 2008.

(2) On March 12th 2008, An order From the Court was Entered, For The Government to respond within 30 days.

(3) On April 14th 2008 The Government submitted There response to The Petitioners 28 USC 2255 motion 3 days past The 30 day dead line set by the Court, which would have been April 11th 2008.

The Petitioner Respectfully Ask This Court to Forgive his Untimely filing of his motion for Entry of Default. Petitioner Ask This Court to Grant his motion For Permission to file motion For Entry of Default. On all The grounds stated herein.

Date. May 16th 2008.

Respectfully Submitted.

Adam J. Robinson

Adam Lamar Robinson.
20410-002 JBCC Low.
P.O.Box 5000
Yazoo City, MS.
39194-5000

Jim Robinson
40-002-18LW
P Box 5000
700 City MS
1194

JACKSON MS 392

16 MAY 2008 PM 1 T

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery Alabama
36101/0711