IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADAM LAMAR ROBINSON, | ) |
| Petitioner, | ) |
| v | ) Civil Action No. 2:08cv168-MEF |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**ORDER ON MOTION**

Upon consideration of Petitioner's motion for leave to file motion for a default judgment on the basis of the government's filing an untimely answer to his § 2255 motion (Doc. No. 17, filed May 19, 2008),[1] and as Petitioner has not demonstrated any prejudice, it is ORDERED that Petitioner's motion for leave to file motion for a default judgment (Doc. No. 17) be and is hereby DENIED.

Done this 20th day of May, 2008.

/s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to this court's orders (Doc. No. 2), the government's answer was due on Friday April 11, 2008. The government's answer was date-stamped received in this court on Monday, April 14, 2008 (Doc. No. 4)..