IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ADAM LAMAR ROBINSON, ) | |
| #12040-002, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:08-cv-0168-MEF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

# **O R D E R**

On February 11, 2010, the Magistrate Judge filed a Recommendation (Doc. # 30) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The 28 U.S.C. § 2255 motion filed by Robinson is DENIED, as the claims therein do not entitled him to relief

DONE this the 4th day of March, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE