IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADAM LAMAR ROBINSON, #12040-002, | ) ) ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:08-cv-0168-MEF ) |
| UNITED STATES OF AMERICA, | ) (WO) ) |
| Respondent. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT, and DECREE of the Court that:

1. The petitioner's objection to the Magistrate Judge's recommendation (Doc. # 35), filed on March 15, 2010, is OVERRULED.

2. The Magistrate Judge's recommendation (Doc. # 30), entered on February 11, 2010, is ADOPTED.

3. The petitioner's 28 U.S.C. § 2255 motion is DENIED, as the claims therein do not entitled him to relief.

DONE this the 23rd day of March, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE